**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafelina GABRIEL, Defendant–**
**Appellant.**

No. 12–10881
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 27, 2012.

Kathleen Mary Salyer, Wifredo A. Ferrer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, Lothrop Morris, U.S.

Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Brenda Greenberg Bryn, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Robin Cindy Rosen–Evans, Federal Public Defender's Office, West Palm Beach, FL, for Defendant–Appellant.

Rafelina Gabriel, Danbury, CT, pro se.

Before DUBINA, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brenda Bryn, appointed counsel for Rafelina Gabriel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gabriel's convictions and sentences are **AFFIRMED**.